ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 27 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

EX PARTE                          §
                                  §
                                  §    NO
                                  §    (DEATH PENALTY WRIT)
JOSEPH C. GARCIA,                 §
     PETITIONER                   §    3-06CV2185-M

# MOTION FOR APPOINTMENT
## OF COUNSEL-HABEAS PROCEEDING
## DEATH PENALTY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Richard E. Langlois, State Appointed Counsel, pursuant to Art. 11.071 §2, TEX.C.CRIM.APP and moves this court to appoint counsel for Joseph C. Garcia, pursuant to 21 U.S.C. §848(q) and in support thereof would show unto the Court the following:

1. Counsel was appointed to represent applicant, Joseph C. Garcia, TDCJ 999441, by the 283rd Judicial District Court, Dallas County, Vickers Cunningham, Judge Presiding, pursuant to Art. 11.071 §2, TEX.C.CRIM.APP

2. A post conviction writ of habeas corpus was filed in Cause No.W01-00325-T(A) and Findings of Facts and Conclusions of Law were submitted to the Texas Court of Criminal Appeals which denied relief on November 15, 2006

in an unpublished opinion in Cause No. WR-64,582-01. Exhibit "A"

3. Pursuant to Art. 11.071 §2, TEX.C.CRIM.APP. counsel moves on behalf of Joseph C. Garcia for appointment of counsel or other counsel within 15 days after the date the Court of Criminal Appeals denied relief.

4. Based upon counsel's representation of Petition in the State Habeas Proceedings it is counsel's belief that applicant Joseph C. Garcia desires appointed legal representation before this court upon a Federal Writ of Habeas Corpus.

5. Joseph C. Garcia was indigent for purposes of legal representation in the State Habeas Proceedings and counsel does not possess any information that his indigent status has changed.

6. Counsel does not request that he be appointed pursuant to 21 U.S.C. §848(q) and request this court to appoint other counsel.

7. Counsel has submitted an Affidavit to applicant Joseph C. Garcia to request appointment of counsel for representation in a Federal Post Conviction Writ of Habeas Corpus and has directed Joseph C. Garcia to submit

such Affidavit to this court.

8. Joseph C. Garcia is an inmate on Texas Death Row, TDCJ# 999441, 3872 FM 350 South, Livingston, Texas 77351.

WHEREFORE, PREMISES CONSIDERED, counsel prays that this Court grant other appointed counsel for representation for applicant Joseph C. Garcia.

Respectfully Submitted:

Law Offices of
RICHARD E. LANGLOIS
217 Arden Grove
San Antonio, Texas 78215
Tel: 210-225-0341
Fax: 210-225-0345

_____
Richard E. Langlois
SBN: 11922500
Attorney For Defendant

**CERTIFICATE OF SERVICE**

On this 21st day of November, 2006, I hereby certify that a copy of Motion to Appoint Counsel was sent by United States Postal to:

1. Johanna H. Kubalak,
   Assistant District Attorney Dallas County
   133 N. Industrial Blvd., LB-19
   Dallas, Texas 75207-4399

2. Honorable Greg Abbott
   Attorney General
   Capital Writ Section
   P.O. Box 125458
   Austin, Texas 77351

3. Joseph C. Garcia
   TDCJ# 999441
   3872 FM 350 South
   Livingston, Texas 77351

4. Abel Acosta
   Chief Deputy Clerk
   Texas Court of Criminal Appeals
   P.O. Box 12308, Capitol Station
   Austin, Texas 78711

_____
Richard E. Langlois
SBN: 11922500



| | | |
|---|---|---|
| SHARON KELLER<br>PRESIDING JUDGE<br><br>LAWRENCE E. MEYERS<br>TOM PRICE<br>PAUL WOMACK<br>CHERYL JOHNSON<br>MIKE KEASLER<br>BARBARA P. HERVEY<br>CHARLES R. HOLCOMB<br>CATHY COCHRAN<br>JUDGES | COURT OF CRIMINAL APPEALS<br>P.O. BOX 12308, CAPITOL STATION<br>AUSTIN, TEXAS 78711<br><br>11/15/2006 | LOUISE PEARSON<br>CLERK<br>512-463-1551<br><br>EDWARD J. MARTY<br>GENERAL COUNSEL<br>512-463-1597 |

NOV 17 2006

Presiding Judge
283rd Judicial Dist Court
133 N. Industrial, LB 33
Dallas TX 75207

        **No.:** WR-64,582-01
        **Trial Court No.:** W01-00325-T(A)
        **Styled:**   Garcia, Joseph C. v. The State of Texas

Dear Judge:

    Enclosed herein is an order entered by this Court regarding the above-referenced applicant.

    If you should have any questions concerning this matter, please do not hesitate to contact me.

                            Sincerely,

                            Edward Marty
                            General Counsel

EJM/bh
cc:   Dallas County
       District Clerk
       600 Commerce
       Dallas, TX 75202-4606

       District Attorney Dallas County
       Attn: Lori Ordiway
       Appellate Section
       133 N. Industrial, LB 19
       Dallas, TX 75207

                      EXHIBIT "A"

<u>Presiding Judge</u>
<u>Page -2-</u>

      Gena Bunn
      ASSISTANT ATTORNEY GENERAL
      PO BOX 12548
      Austin, TX 78711

      Joseph C. Garcia
      TDCJ I/D 999441
      POLUNSKY UNIT
      Livingston, TX 77351

      Pamela Williams
      Assistant Director
      Records & Classifications
      P. O. Box 99
      Huntsville, TX 77340

      Richard E. Langlois
      Attorney at Law
      217 Arden Grove
      San Antonio, TX 78215



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## WR-64,582-01

### EX PARTE JOSEPH C. GARCIA

### ON APPLICATION FOR WRIT OF HABEAS CORPUS IN CAUSE NO. W01-00325-T(A) IN THE 283TH JUDICIAL DISTRICT COURT DALLAS COUNTY

*Per Curiam. Hervey, J., not participating.*

### O R D E R

This is a post conviction application for writ of habeas corpus filed pursuant to the provisions of Article 11.071, TEX. CODE CRIM. PROC.

In February 2003, applicant was convicted of the offense of capital murder. The jury answered the special issues submitted pursuant to Article 37.071, TEX. CODE CRIM. PROC., and the trial court, accordingly, set punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Garcia v. State*, No. AP-74,692 slip op. (Tex. Crim. App. Feb. 16, 2005)(not designated for publication).

Garcia, WR-64,582-01 - 2

Applicant presents forty-six allegations in his application in which he challenges the validity of his conviction and resulting sentence. The trial judge entered findings of fact and conclusions of law and recommended relief be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We adopt the trial judge's findings and conclusions. Based upon the trial court's findings and conclusions and our own review, the relief sought is denied.

IT IS SO ORDERED THIS THE 15th DAY OF NOVEMBER, 2006.

Do Not Publish

A True Copy
Attest:
Louise Pearson, Clerk
Court of Criminal Appeals of Texas

By:_____
         Deputy