Scanned Aug 29, 2011

Scanned Aug 29, 2011

# CCA Scanning Cover Sheet



2266408

CaseNumber: WR-64,582-01
EventDate: 11/15/2006
Style 1: Garcia, Joseph C.
Style 2:
Event code: 11.071 WRIT DISP

EventID: 2266408
Applicant first name: Joseph C.
Applicant last name: Garcia
Offense: 19.03
Offense code: Capital Murder
Trial court case number: W01-00325-T(A)
Trial court name: 283rd District Court
Trial court number: 320570283
County: Dallas
Trial court ID: 329
Event map code: DISPOSITION
Event description: Art. 11.071 - Application for Counsel
Event description code: 11.071
Remarks: SHOW HERVEY, J., NOT PARTICIPATING

| ☐ Document Scanned | | ☐ Created or ☐ Appended |
|---|---|---|
| Scanned by | date | Image ID |
| Comment | | |

printed by   bhooper
printed on   8/26/2011 1:35:30 PM

vers 1.1 mtc
Page 1 of 1



**SHARON KELLER**
PRESIDING JUDGE

LAWRENCE E. MEYERS
TOM PRICE
PAUL WOMACK
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
CHARLES R. HOLCOMB
CATHY COCHRAN
JUDGES

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

11/15/2006

LOUISE PEARSON
CLERK
512-463-1551

EDWARD J. MARTY
GENERAL COUNSEL
512-463-1597

Presiding Judge
283rd Judicial Dist Court
133 N. Industrial, LB 33
Dallas TX 75207

        **No.:** WR-64,582-01
        **Trial Court No.:** W01-00325-T(A)
        **Styled:**    Garcia, Joseph C. v. The State of Texas

Dear Judge:

    Enclosed herein is an order entered by this Court regarding the above-referenced applicant.

    If you should have any questions concerning this matter, please do not hesitate to contact me.

                Sincerely,

                Edward Marty
                General Counsel

EJM/bh
cc:   Dallas County
       District Clerk
       600 Commerce
       Dallas, TX 75202-4606

       District Attorney Dallas County
       Attn: Lori Ordiway
       Appellate Section
       133 N. Industrial, LB 19
       Dallas, TX 75207

Presiding Judge
Page -2-

  Gena Bunn
  ASSISTANT ATTORNEY GENERAL
  PO BOX 12548
  Austin, TX 78711

  Joseph C. Garcia
  TDCJ I/D 999441
  POLUNSKY UNIT
  Livingston, TX 77351

  Pamela Williams
  Assistant Director
  Records & Classifications
  P. O. Box 99
  Huntsville, TX 77340

  Richard E. Langlois
  Attorney at Law
  217 Arden Grove
  San Antonio, TX 78215



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## WR-64,582-01

### EX PARTE JOSEPH C. GARCIA

### ON APPLICATION FOR WRIT OF HABEAS CORPUS IN CAUSE NO. W01-00325-T(A) IN THE 283TH JUDICIAL DISTRICT COURT DALLAS COUNTY

*Per Curiam. Hervey, J., not participating.*

### ORDER

This is a post conviction application for writ of habeas corpus filed pursuant to the provisions of Article 11.071, TEX. CODE CRIM. PROC.

In February 2003, applicant was convicted of the offense of capital murder. The jury answered the special issues submitted pursuant to Article 37.071, TEX. CODE CRIM. PROC., and the trial court, accordingly, set punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Garcia v. State*, No. AP-74,692 slip op. (Tex. Crim. App. Feb. 16, 2005)(not designated for publication).

Scanned Aug 29, 2011

Garcia, WR-64,582-01 - 2

Applicant presents forty-six allegations in his application in which he challenges the validity of his conviction and resulting sentence. The trial judge entered findings of fact and conclusions of law and recommended relief be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We adopt the trial judge's findings and conclusions. Based upon the trial court's findings and conclusions and our own review, the relief sought is denied.

IT IS SO ORDERED THIS THE 15th DAY OF NOVEMBER, 2006.

Do Not Publish

A True Copy
Attest:
Louise Pearson, Clerk
Court of Criminal Appeals of Texas

By:_____
        Deputy