IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH C. GARCIA,<br>      PETITIONER,<br><br>V.<br><br>WILLIAM STEPHENS, DIRECTOR,<br>  TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>  CORRECTIONAL INSTITUTIONS DIVISION,<br>      RESPONDENT. | §§§§§§§§§§§ CASE 3:06-CV-2185-M<br><br>**CAPITAL CASE** |

## Notice of Filing of Exhibits

Counsel for Petitioner hereby provides the Court notice that he will be filing the exhibits in his case, pursuant to this Court's suggested guidelines, one week from today on Tuesday, December 15, 2015. Counsel was only recently appointed to this case and has not yet received Mr. Garcia's file from prior counsel. Prior counsel notified counsel for Mr. Garcia that the file has been mailed and should arrive forthwith.

Respectfully submitted this 8th day of December, 2015.

                Jon M. Sands
                Federal Public Defender
                District of Arizona

                Dale A. Baich
                Ashwin Cattamanchi

                /s/  Dale A. Baich
                Federal Public Defender
                Arizona Federal Public Defenders Office
                850 West Adams St., Suite 201
                Phoenix, AZ 85007
                602-382-2816
                602-889-3960 facsimile
                Ohio Bar No. 0025070
                dale_baich@fd.org

## CERTIFICATE OF SERVICE

On December 8, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/ Robin Stoltze
Legal Assistant