IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH C. GARCIA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | Civil Action No. 3:06-cv-02185-M |
| LORIE DAVIS, Director, Texas Department of § | |
| Criminal Justice Correctional Institutions § | (Capital Case) |
| Division, § | |
| § | |
| Respondent. | |

## ORDER

Petitioner Joseph C. Garcia, a Texas death-row inmate set for execution on December 4, 2018, has filed a document purporting to be a motion to alter or amend judgment under Rule 60(b) of the Federal Rules of Civil Procedure [ECF No. 142] and a motion to stay his execution [ECF No. 144]. In light of the scheduled execution, the Court desires that any responses be expedited.

It is the Court's strong preference that Respondent Lorie Davis respond to the motions by **Sunday, December 2, 2018** at **12:00 P.M.** The Court imposes a firm deadline that Respondent respond, at the latest, by **Monday, December 3, 2018** at **9:00 A.M.**

If Respondent responds by 12:00 P.M. on December 2, Petitioner will reply by **Monday, December 3, 2018** at **9:00 A.M.** Otherwise, Petitioner may reply by **Monday, December 3, 2018** at **12:00 P.M.**

**SO ORDERED**.

November 30, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE

-1-